**FILED**

JUN 2 0 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROYBAL; and VIDA ROYBAL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN; RICKENBACKER; MEDAMERICA; CITY TOWING BODY SHOP, INC.; and SEARS,<br><br>　　　　Defendants.<br>_____/ | NO. CIV. S-05-1207 LKK/KJM<br><br>**ORDER OF RECUSAL AND REASSIGNMENT** |

   It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that he has a "financial interest" within the meaning of 28 U.S.C. § 455(c) and (d)(4) in defendant Sears Roebuck and Company, 28 U.S.C. § 455(c) and (d)(4) mandates the disqualification of the undersigned.

////

////

///

1

Roybal, et al. v. Equifax Information Services, LLC et al.　　Doc. 12

IT IS THEREFORE ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

2. All currently scheduled dates in the above-captioned action are **VACATED**;

3. The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment; and

4. This case is REASSIGNED to the Honorable **M. C. England**.

IT IS SO ORDERED.

DATED: June 17, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE
for LAWRENCE K. KARLTON