

**FILED**

JUN 2 0 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ROYBAL; and
VIDA ROYBAL,

        Plaintiffs,

        v.

EQUIFAX; TRANS UNION;
EXPERIAN;RICKENBACKER;
MEDAMERICA; CITY TOWING
BODY SHOP, INC.; and SEARS,

        Defendants.
_____/

NO. CIV. S-05-1207 LKK/KJM

**ORDER OF RECUSAL AND
REASSIGNMENT**

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that he has a "financial interest" within the meaning of 28 U.S.C. § 455(c) and (d)(4) in defendant Sears Roebuck and Company, 28 U.S.C. § 455(c) and (d)(4) mandates the disqualification of the undersigned.

////

////

///

1

1    IT IS THEREFORE ORDERED that:

2    1.   The undersigned recuses himself as the judge to whom this

3 case is assigned;

4    2.   All currently scheduled dates in the above-captioned

5 action are **VACATED**;

6    3.   The Clerk of the Court reassign this case to another

7 judge for all further proceedings, making appropriate adjustments

8 in the assignments of civil cases to compensate for such

9 reassignment; and

10   4.   This case is REASSIGNED to the Honorable **M. C. England**.

11   IT IS SO ORDERED.

12 DATED: June 17, 2005

13

14

15   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE
16   for LAWRENCE K. KARLTON

17

18

19

20

21

22

23

24

25

26

2