Donald E. Bradley, Esq. (State Bar No. 145037)
Kirsten E. Heikaus Weaver, Esq. (State Bar No. 234049)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone:   (949) 263-8400
Facsimile:    (949) 263-8414

Attorneys for Defendant
Trans Union LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL ROYBAL; VIDA ROYBAL,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUIFAX; TRANS UNION; EXPERIAN; RICKENBACKER; MEDAMERICA; CITY TOWING BODY SHOP, INC; SEARS; and DOES 1 through 50,<br><br>    Defendants. | CASE NO. 2:05-cv-01207-MCE-KJM<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT HEARING AND ORDER; DECLARATION OF KIRSTEN E. HEIKAUS WEAVER IN SUPPORT THEREOF**<br><br>Date Action Filed: May 10, 2005<br><br>Date:            September 26, 2005<br>Time:            9:00 a.m.<br>Courtroom:    3 |

Defendant Trans Union LLC ("Trans Union") respectfully requests permission to appear telephonically at the hearing on defendant Rickenbaker Group's Motion to Dismiss set for September 26, 2005, at 9:00 a.m.

Good cause exists to grant this request because unless telephonic appearance is permitted, Trans Union LLC's counsel will be required to travel from Irvine to Sacramento, and Trans Union LLC will incur significant travel costs and attorneys' fees.

/ / /

/ / /

1

1 | Trans Union believes the objectives of the hearing will be accomplished if Trans
2 | Union appears by telephone.

4 | DATED:   September 8, 2005           CROWELL & MORING LLP

By:  /s/
Donald E. Bradley, Esq.
Kirsten E. Heikaus Weaver, Esq.
Attorneys for Defendant
Trans Union LLC

## DECLARATION OF KIRSTEN E. HEIKAUS WEAVER

I, Kirsten E. Heikaus Weaver, declare:

1. I am an attorney licensed to practice in the State of California, and in the Eastern District of California. I am an associate at Crowell & Moring LLP located at 3 Park Plaza, 20th Floor, Irvine, California 92614.

2. My law firm represents Defendant Trans Union LLC in the above captioned matter. I have personal knowledge of the facts stated herein.

3. My office is located in the City of Irvine, California. Thus, an in-person appearance at the hearing would require significant travel time and expense and would be unduly burdensome on Trans Union.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on this 8th day of September, 2005, at Irvine, California.

/s/
Kirsten E. Heikaus Weaver

## O R D E R

Having read and considered the request of Defendant Trans Union LLC to appear telephonically through its counsel at the Hearing scheduled for September 26, 2005 at 9:00 a.m., and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that Defendant Trans Union LLC's counsel Kirsten E. Heikaus Weaver may appear telephonically at the Hearing scheduled for September 26, 2005 at 9:00 a.m.  Ms. Heikaus Weaver may be reached at (949) 798-1348 for the telephonic appearance.

**SO ORDERED,**

Dated: September 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1100455 (087827.0000419)

4