MARK S. TRATTEN (SBN 119330)
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA   (95825-8201)
(916) 483-5181

Jennifer Rossi Auwarter
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530 Telephone: (404) 685-6794

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROYBAL, VIDA ROYBAL,<br><br>            Plaintiffs,<br><br>vs.<br><br>EQUIFAX, TRANS UNION, EXPERIAN, RICHENBACKER, MEDAMERICA, CITY TOWING BODY SHOP, INC., SEARS and DOES 1 through 50,<br><br>            Defendants. | CASE NO. 2:05-CV-1207 MCE-KJM<br><br>**ORDER GRANTING EQUIFAX INFORMATION SERVICES' AMENDED REQUEST TO APPEAR TELEPHONICALLY AT MARCH 20, 2006 HEARING**<br><br>DATE:   March 20, 2006<br>TIME :   9:00 a.m.<br>Courtroom: 3 |

Having read and considered the request of Defendant EQUIFAX INFORMATION SERVICES LLC to appear telephonically through its counsel at the Hearing scheduled for March 20, 2006 at 9:00 a.m., and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that Defendant EQUIFAX INFORMATION SERVICES LLC's counsel, Jennifer Rossi Auwarter, may appear telephonically at the Hearing scheduled for March 20, 2006 at 9:00 a.m.  Ms. Auwarter may be reached at (404) 685-6794 for the telephonic appearance.

SO ORDERED.

DATED: February 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28