UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROYBAL and VIDA ROYBAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>EQUIFAX; TRANS UNION; EXPERIAN; RICKENBACKER; MEDAMERICA; CITY OF TOWING BODY SHOP, INC.; SEARS; and DOES 1 through 50,<br><br>    Defendants.<br>_____/ | No. 2:05-cv-1207-MCE-KJM<br><br><br><br>**ORDER GRANTING TELEPHONIC APPEARANCE** |

The Court read and considered the request of Defendant Trans Union, LLC to appear telephonically by and through its counsel at the hearing scheduled for March 20, 2006 at 9:00 a.m.

///
///
///
///
///
///
///

1 | Good cause having been shown, Defendant's counsel, Kirsten E. Heikaus Weaver, may appear telephonically at the hearing set for March 20, 2006 at 9:00 a.m. The Court will contact Ms. Heikaus Weaver at (949) 798-1348 for the telephonic appearance.

IT IS SO ORDERED.

DATE: February 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE