Darl R. Danford SBN 112585
Phillip C. Wing SBN 120778
Circuit, McKellogg, Kinney & Ross LLP
Law Offices
Manchester Financial Building
1205 Prospect Street, Suite 400
La Jolla, California 92037
Telephone (858) 459-0581 - Telecopier (858) 459-0690

Attorneys for Defendant MedAmerica

US DISTRICT COURT OF THE STATE OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL ROYBAL; VIDA ROYBAL,<br><br>PlaintiffS,<br><br>v.<br><br>EQUIFAX; TRANS UNION; EXPERIAN; RICKENBACKER; MEDAMERICA; CITY TOWING BODY SHOP, INC; SEARS; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:05-cv-1207-MCE-KJM<br><br>ORDER GRANTING DEFENDANT MEDAMERICA'S AMENDED REQUEST TO APPEAR TELEPHONICALLY AT HEARING<br><br>DATE: March 20, 2006<br>TIME: 9:00 a.m.<br>DEPT: Courtroom 3 |

The request of Defendant MEDAMERICA to appear telephonically through its counsel at the hearing scheduled for March 20, 2006, at 9:00 a.m. in Department 3 of this Court has been duly considered by the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant MEDAMERICA may appear telephonically through its counsel at the March 20, 2006, 9:00 a.m. hearing. MEDAMERICA's legal counsel, Darl R. Danford, may be reached at (858) 459-0581 for telephonic appearance.

Dated: February 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com