NATHANIEL POTRATZ, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL POTRATZ
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:   (916) 962-2780
Facsimile:   (916) 962-2705

Attorney for Plaintiffs Daniel Roybal and Vida Roybal

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Roybal; Vida Roybal, | **Case No.: 2:05-cv-1207 MCE KJM** |
| Plaintiffs | **[PROPOSED] ORDER** |
| vs. | Date: 3/20/2006<br>Time: 9:00 AM |
| Equifax; TransUnion; Experian; Rickenbacker; Medamerica; City Towing Body Shop, Inc.; Sears; Does 1 through 50, | Courtroom: 3<br>Judge: Hon. Morrison C. England |
| Defendants. | |

Plaintiffs' request to continue the hearing or hearings set by this court for March 20, 2006 at 9:00AM in courtroom 3 before Honorable Morrison C. England, Jr., IS HEREBY GRANTED.

The motions hearing are continued to April 3, 2006 at 09:00 a.m.

DATED: March 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1