**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2436
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
Adam L. Johnson (State Bar No. 167067)

Attorneys for Defendant Trans Union LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL ROYBAL; VIDA ROYBAL, | Case No. 2:05-cv-1207-MCE-KJM |
| Plaintiffs, | Complaint Filed: May 10, 2005 |
| vs. | **ORDER** |
| EQUIFAX; TRANS UNION; EXPERIAN; RICKENBACKER; MEDAMERICA; CITY TOWING BODY SHOP, INC.; SEARS; and DOES 1 through 50, | Date:     April 3, 2006<br>Time:     9:00 a.m.<br>Crtrm.:    3 |
| Defendants. | |

# O R D E R

Having read and considered the request of Defendant Trans Union LLC to appear telephonically through its counsel at the hearing scheduled for April 3, 2006, at 9:00 a.m., and GOOD CAUSE APPEARING THEREFOR,

///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS HEREBY ORDERED that Defendant Trans Union LLC's counsel
2   Adam L. Johnson may appear telephonically at the hearing scheduled for April 3,
3   2006, at 9:00 a.m.  Mr. Johnson may be reached at (714) 668-2436 for the
4   telephonic appearance.

5   **SO ORDERED,**

7   DATED:  March 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

2

PDF created with pdfFactory trial version www.pdffactory.com