**ORIGINAL**

DONALD E. BRADLEY
MUSICK, PEELER & GARRETT LLP
650 TOWN CENTER DRIVE
SUITE 1200
COSTA MESA, CA 92626
(714) 668-2400

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROYBAL; VIDA ROYBAL | CASE NUMBER: 2:05-cv-01207-MCE-KJM |
| Plaintiff(s) | |
| v. | |
| EQUIFAX; ET AL. | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

TRANS UNION LLC   [ ] Plaintiff  [X] Defendant  [ ] Other _____
_Name of Party_

hereby substitutes MUSICK, PEELER & GARRETT LLP _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   650 TOWN CENTER DRIVE, SUITE 1200
_Street Address_

COSTA MESA, CA 92626      (714) 668-2400   (714) 668-2490   _____
_City, State, Zip Code_       _Telephone Number_   _Facsimile Number_   _State Bar Number_

as attorney of record in the place and stead of CROWELL & MORING LLP _____
_Present Attorney_

Dated: MARCH 2, 2006

_Signature of Party_
TRANS UNION LLC

---

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: MARCH 6, 2006

_Signature of Present Attorney_
CROWELL & MORING LLP

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: MARCH 6, 2006

_Signature of New Attorney_
MUSICK, PEELER & GARRETT LLP

---

Substitution of Attorney is hereby  [X] Approved.   [ ] Denied.

Dated: MAR 31 2006

United States District Judge / ~~Magistrate Judge~~
MORRISON C. ENGLAND, JR.

**NOTICE TO COUNSEL:** _If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov._