DARL R. DANFORD SBN 112585
PHILLIP C. WING SBN 120778
CIRCUIT, MCKELLOGG, KINNEY & ROSS LLP
LAW OFFICES
MANCHESTER FINANCIAL BUILDING
1205 PROSPECT STREET, SUITE 400
LA JOLLA, CALIFORNIA 92037
TELEPHONE (858) 459-0581 - TELECOPIER (858) 459-0690

Attorneys for Defendant MedAmerica

US DISTRICT COURT OF THE STATE OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL ROYBAL; VIDA ROYBAL, | Case No. 2:05-cv-1207-MCE-KJM |
| Plaintiffs, | ORDER GRANTING DEFENDANT MEDAMERICA'S AMENDED REQUEST TO APPEAR TELEPHONICALLY AT HEARING |
| v. | |
| EQUIFAX; TRANS UNION; EXPERIAN; RICKENBACKER; MEDAMERICA; CITY TOWING BODY SHOP, INC; SEARS; and DOES 1 through 50, | DATE: May 1, 2006<br>TIME: 9:00 a.m.<br>DEPT: Courtroom 3 |
| Defendants. | |

The request of Defendant MEDAMERICA to appear telephonically through its counsel at the hearing scheduled for May 1, 2006, at 9:00 a.m. in Department 3 of this Court has been duly considered by the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant MEDAMERICA may appear telephonically through its counsel at the May 1, 2006, 9:00 a.m. hearing.

///

///

///

///

///

1  MEDAMERICA's legal counsel, Darl R. Danford, may be reached at (858) 459-0581 for
2  telephonic appearance.

Dated: April 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE