IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ROYBAL, et al.,

     Plaintiffs,                                  No. CIV S-05-1207 MCE  KJM

     vs.

EQUIFAX INFORMATION SERVICES, et al.,

     Defendants.                            <u>ORDER</u>

_____/

        Defendant Trans Union's motion to compel plaintiffs' counsel's deposition and related motions came on regularly for hearing January 24, 2007. Defendants Experian and Equifax requested to join in the motion at the hearing. Nathaniel Potratz appeared for plaintiffs. Donald Bradley appeared for defendant Trans Union. Brian Recor appeared for defendant Experian. Thomas Quinn appeared telephonically for defendant Equifax. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. In the unique circumstances presented here, the court finds deposition of plaintiffs' counsel is appropriate. The motion to compel is granted. Deposition questions and production of documents pursuant to the subpoena duces tecum shall be limited to inquiry regarding plaintiffs' counsel's credit dispute correspondence with the defendant credit reporting

1

1 agencies on behalf of the plaintiffs, the contents thereof, and the circumstances surrounding the
2 mailing of that correspondence.
3     2. In light of the above ruling, plaintiffs' cross-motion and defendant's motion to
4 strike are denied as moot.
5 DATED: January 26, 2007.

_____
U.S. MAGISTRATE JUDGE

7 006
roybal.oah

2