IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ROYBAL, et al.,

     Plaintiffs,                              No. CIV S-05-1207 MCE  KJM

    vs.

EQUIFAX INFORMATION SERVICES, et al.,

     Defendants.                          <u>ORDER</u>

_____/

        Plaintiff's motion to withdraw admissions came on regularly for hearing June 27, 2007. Nathaniel Potratz appeared for plaintiffs. Adam Johnson appeared for defendant Trans Union. Brian Recor appeared for defendant Experian. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The motion to withdraw admissions is granted. The court will allow further deposition of plaintiffs. Plaintiff's counsel shall pay the costs of further depositions of plaintiffs. Within ten days from the date of this order, plaintiffs shall provide verified detailed facts on which each denial is based.

        2. No later than July 6, 2007, counsel for defendants Trans Union and Experian shall submit declarations substantiating the attorneys' fees and costs incurred in connection with

1

the pending motion and the prior motion to withdraw admissions.

      3. Within one year from the date of this order, plaintiff's counsel shall attend fifteen hours of Continuing Legal Education courses covering federal discovery issues and shall file with the court certificates of completion of said courses.

DATED: June 28, 2007.

006
roybal2.oah

_____
U.S. MAGISTRATE JUDGE