IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ROYBAL, et al.,

    Plaintiffs,   No. CIV S-05-1207 MCE KJM

    vs.

EQUIFAX INFORMATION SERVICES, et al.,

    Defendants.   <u>ORDER</u>

_____/

    The courtroom deputy is in receipt of a copy of an e-mail from plaintiff's counsel to defense counsel containing a link to a website. There is no indication on the e-mail that defense counsel was advised that the court received the e-mail as well, making the message a prohibited <u>ex parte</u> communication. Further, said e-mail constitutes an inappropriate use of the court's e-mail system. The information contained in the e-mail does not appear to be relevant to or admissible in any matter pending before the court. Plaintiff's counsel is cautioned that further such inappropriate use of the court's e-mail system may result in the imposition of sanctions.

DATED: August 6, 2007.

_____
U.S. MAGISTRATE JUDGE

006
roybal.iuem