IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ROYBAL, et al.,

    Plaintiffs,                                      No. CIV S-05-1207 MCE  KJM

    vs.

EQUIFAX INFORMATION SERVICES, et al.,

    Defendants.                                    <u>ORDER</u>

_____/

        The court is in receipt of certificates of completion by plaintiff's counsel of Continuing Legal Education on courses covering federal discovery issues.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's counsel is discharged from the order filed June 29, 2007.

DATED: December 4, 2007.

_____
U.S. MAGISTRATE JUDGE

006
roybal.dis