Mark E. Ellis - 127159
June D. Coleman - 191890
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendants RICKENBACKER GROUP, INC. AND CITY TOWING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL ROYBAL; VIDA ROYBAL,<br><br>PLAINTIFFS,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, et al.,<br><br>DEFENDANTS. | Case No.: 05-01207 MCE KJM<br><br>**ORDER RE CITY TOWING'S REQUEST TO SHORTEN TIME FOR HEARING OF MOTION TO COMPEL DEPOSITIONS OF THE PLAINTIFFS OR IN THE ALTERNATIVE TO EXTEND THE DISCOVERY CUT-OFF AND COMPEL DEPOSITIONS** |

Based on a review of defendant's pending filings, the docket in this case[1] and good cause therefore, Defendant's Application to Shorten Time to Hear City Towing's Motion to Compel Depositions of the Plaintiffs is DENIED. Defendant's Motion in the Alternative to Extend the Discovery Cut-Off is DENIED without prejudice to refiling with the District Judge.

Dated: February 4, 2008.

_____
U.S. MAGISTRATE JUDGE

---

[1] The court notes that although a formal substitution of counsel, signed by prior counsel in November 2007, was not filed until January 10, 2008 (docket no. 175), defendant's current counsel first appeared in the case on January 2, 2008 (docket no. 170).

- 1 -