1  David L. Wallach (State Bar No.233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 875-5827
4  Facsimile:     (415) 875-5700

5

6  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
7

8

# UNITED STATES DISTRICT COURT

9

# EASTERN DISTRICT OF CALIFORNIA

10

11

12  DANIEL ROYBAL, VIDA ROYBAL,           )   Case No. 2:05-cv-01207-MCE-KJM
                                          )
13              Plaintiffs,               )   **ORDER CONTINUING THE HEARING ON**
                                          )   **SUMMARY JUDGMENT MOTIONS**
14        v.                              )
                                          )
15  EQUIFAX INFORMATION                   )
    SERVICES; TRANS UNION;                )
16  EXPERIAN INFORMATION                  )
    SOLUTIONS; RICKENBACKER               )
17  GROUP, INC.; MEDAMERICA; PICK         )
    YOUR PART AUTO WRECKING;              )
18  CITY TOWING, INC.; DOES 1 though      )
    50,                                   )
19                                        )
                Defendants.               )
20                                        )

1  The Court has fully considered plaintiffs Vida and Daniel Roybal's request to continue the
2  May 16 hearing date on Experian Information Solutions, Inc.'s ("Experian") and Trans Union
3  LLC's ("Trans Union") summary judgment motions, and Experian's response thereto.
4  IT IS HEREBY ORDERED that
5  The hearing on Experian's and Trans Union's summary judgment motions is continued to
6  June 13, 2008.  Plaintiffs shall file their Opposition briefs and any supporting documents no later
7  than May 13.  Defendants shall file their Reply briefs and any supporting documents no later than
8  five (5) court days before June 13.

DATED: 5/1/2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-1-