NATHANIEL POTRATZ, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL POTRATZ
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:    (916) 962-2780
Facsimile:    (916) 962-2705

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

_____

| | |
|---|---|
| DANIEL ROYBAL;<br>VIDA ROYBAL,<br><br>    Plaintiffs<br><br>    vs.<br><br>EQUIFAX INFORMATION SERVICES;<br>TRANS UNION; EXPERIAN<br>INFORMATION SOLUTIONS;<br>RICKENBACKER GROUP, INC.<br>(aka Rickenbacker Industries aka<br>Rickenbacker Collections aka Rickenbacker<br>Collection Services); MEDAMERICA;<br>PICK YOUR PART AUTO WRECKING<br>(aka The City Tow aka City Towing aka City<br>Towing Body Shop); CITY TOWING INC.;<br>DOES 1 THOUGH 50,<br><br>    Defendants. | **CASE NO: 2:05-cv-01207-MCE-KLM**<br><br><br><br><br>**STIPULATED DISMISSAL OF EXPERIAN**<br><br>**[FRCP 41(a)(1)]** |

///

///

///

///

///

///

-1-

**STIPULATED DISMISSAL**

**STIPULATION**

WHEREAS, plaintiffs Vida Roybal and Daniel Roybal and defendant Experian Information Solutions ("Experian") have reached a settlement of this matter;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Experian be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), each party to bear their own costs and attorney fees.

Dated: May 16, 2008   LAW OFFICES OF NATHANIEL POTRATZ

By:   /s/ NATHANIEL POTRATZ
NATHANIEL POTRATZ, ESQ.,
Attorney for Plaintiffs

Dated: May 16, 2008   JONES DAY

By:   /s/ DAVID WALLACH
DAVID WALLACH, ESQ.,
Attorney for Defendant Experian

**ORDER**

For good cause showing, IT IS THEREFORE ORDERED THAT Experian be dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: May 27, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE