**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2436
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
  d.bradley@mpglaw.com
Adam L. Johnson (State Bar No. 167067)
  a.johnson@mpglaw.com

Attorneys for Trans Union LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROYBAL; VIDA ROYBAL,<br><br>        Plaintiffs,<br><br>    vs.<br><br>EQUIFAX INFORMATION SERVICES; et al.,<br><br>        Defendants. | Case No. 2:05-cv-01207-MCE-KJM<br><br>**ORDER GRANTING DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING**<br><br>Date:    July 2, 2008<br>Time:    9:00 a.m.<br>Crtrm.:   7<br>Before The Hon. Morrison C. England, Jr. |

The request of Defendant Trans Union LLC ("Trans Union") to appear telephonically at the July 2, 2008 on Plaintiffs' Counsel's Motion to Withdraw as Attorney is hereby GRANTED. The Court will contact attorney, Adam Johnson, at (714) 668-2436 for the motion hearing on July 2, 2008.

DATED: June 23, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE